No. 983. Harling v. United States. C. A. 9th Cir. Certiorari denied. *Marvin S. Nepom* for petitioner. *Solicitor General Griswold, Assistant Attorney General Ruckelshaus,* and *Robert V. Zener* for the United States.

No. 986. White v. Oklahoma. Ct. Crim. App. Okla. Certiorari denied. *Roehm A. West* for petitioner.

No. 987. Alabama-Tennessee Natural Gas Co. v. Federal Power Commission et al. C. A. 5th Cir. Certiorari denied. *Stanley M. Morley, Francis H. Caskin,* and *Louis Flax* for petitioner. *Solicitor General Griswold, Gordon Gooch, Peter H. Schiff,* and *Israel Convisser* for Federal Power Commission, and *Reuben Goldberg, Allan Freidson,* and *William L. Sharp,* for City of Corinth, respondents.

No. 989. Siegel et ux. v. City of Los Angeles. Ct. App. Cal., 2d App. Dist. Certiorari denied. *Hyman Goldman* for petitioners. *Roger Arnebergh* and *Peyton H. Moore, Jr.,* for respondent.

No. 993. Piccini v. United States. C. A. 2d Cir. Certiorari denied. *William Sonenshine* for petitioner. *Solicitor General Griswold* for the United States.

No. 994. Pollack v. United States. C. A. 5th Cir. Certiorari denied. *Bert B. Rand, Hans A. Nathan,* and *Warren E. Magee* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.